HON. BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SA MUSIC, LLC, WILLIAM KOLBERT, AS TRUSTEE OF THE HAROLD ARLEN TRUST, RAY HENDERSON MUSIC CO. INC., FOUR JAY MUSIC COMPANY, and JULIA RIVA,<br><br>  Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>  Defendant. | Case No. 20-cv-0651-BJR<br><br>**STIPULATION AND ORDER** |

The undersigned counsel for Plaintiffs SA Music, LLC, William Kolbert, as Trustee of the Harold Arlen Trust, Ray Henderson Music Co., Inc., Four Jays Music Company, and Julia Riva, and for Defendant Microsoft Corporation ("Microsoft") stipulate and agree as follows:

**Background**

1. Plaintiffs filed the operative complaint, the First Amended Complaint (ECF 24) on August 10, 2020.

2. Plaintiffs have reached a resolution in principle with a non-party that will resolve the majority of Plaintiffs' remaining claims in this Action and, under these circumstances, Plaintiffs are willing to discontinue this case.

STIPULATED MOTION
Case No. 20-cv-00651-BJR

1

**MANN LAW GROUP PLLC**
1420 Fifth Avenue – Suite 2200
Seattle, WA 98101
Telephone: (206) 436-0900

**Stipulation**

NOW, THEREFORE, the parties stipulate as follows:

1. This action shall be stayed for a period of 30 days to allow Plaintiffs to draft and execute a settlement agreement; and

2. In the event that this Action is not dismissed within 30 days, the parties shall advise the Court of the status of their efforts to resolve this Action within 30 days.

Dated: February 1, 2021

Respectfully submitted,

*s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
MANN LAW GROUP PLLC
1420 Fifth Avenue, Suite 2200
Seattle, Washington 98101
Phone: (206) 436-0900
E-mail: phil@mannlawgroup.com

Matthew F. Schwartz  * *Pro Hac Vice*
Brian S. Levenson  * *Pro Hac Vice*
SCHWARTZ, PONTERIO & LEVENSON, PLLC
134 West 29th Street - Suite 1001
New York, New York 10001
Phone: (212) 714-1200
E-mail: mschwartz@splaw.us
E-mail: blevenson@splaw.us

Oren S. Giskan * *Pro Hac Vice*
GISKAN SOLOTAROFF & ANDERSON LLP
90 Broad Street, 10th Floor
New York, New York 10004
Phone: (212) 847-8315
E-mail: ogiskan@gslawny.com

Attorneys for Plaintiffs

*s/ Ambika K. Doran*
Ambika K Doran, WSBA No. 38237
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue – Suite 3300
Seattle, Washington 98104-1610
Telephone: 206-757-8030
Email: ambikadoran@dwt.com

Simon J. Frankel * *Pro Hac Vice*
Emily R. Fox * *Pro Hac Vice*
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: 415-591-7082
Email: efox@cov.com
Email: sfrankel@cov.com

Attorneys for Defendant
Microsoft Corporation

STIPULATED MOTION
Case No. 20-cv-00651-BJR

2

**MANN LAW GROUP PLLC**
1420 Fifth Avenue – Suite 2200
Seattle, WA 98101
Telephone: (206) 436-0900

# ORDER

Pursuant to the parties' stipulation, it is so ordered:

1. This action shall be stayed for a period of 30 days, starting on the date of this Order, to allow Plaintiffs to draft and execute a settlement agreement; and

2. In the event that this Action is not dismissed within 30 days, the stay will be automatically lifted and, within 10 days after that, the parties shall file a joint status reporting, advising the Court of the status of their efforts to resolve this Action, and including any updates to the parties' proposed pretrial and trial dates.

3. The pending Motion to Dismiss, Dkt. No. 28, and the Stipulated Motion to Amend the Complaint, Dkt. No. 31, are hereby stricken with leave to refile.

Dated this 1st day of February, 2021.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

*s/ Philip P. Mann*, Attorney for Plaintiffs
*s/ Ambika K. Doran*, Attorney for Defendant

STIPULATED MOTION
Case No. 20-cv-00651-BJR

MANN LAW GROUP PLLC
1420 Fifth Avenue – Suite 2200
Seattle, WA 98101
Telephone: (206) 436-0900

3