HON. BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SA MUSIC, LLC, WILLIAM KOLBERT, AS TRUSTEE OF THE HAROLD ARLEN TRUST, RAY HENDERSON MUSIC CO. INC., FOUR JAY MUSIC COMPANY, and JULIA RIVA,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 20-cv-0651-BJR<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

The undersigned counsel for Plaintiffs SA Music, LLC, William Kolbert, as Trustee of the Harold Arlen Trust, Ray Henderson Music Co., Inc., Four Jays Music Company, and Julia Riva, and for Defendant Microsoft Corporation ("Microsoft") hereby stipulate, under Federal Rule of Civil Procedure 41(a)(1)(ii), that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

///
///

STIPULATED MOTION AND ORDER
Case No. 20-cv-00651-BJR          1

MANN LAW GROUP PLLC
1420 Fifth Avenue – Suite 2200
Seattle, WA 98101
Telephone: (206) 436-0900

Dated: March 4, 2021

Respectfully submitted,

<u>*s/ Philip P. Mann*</u>
Philip P. Mann, WSBA No: 28860
MANN LAW GROUP PLLC
1420 Fifth Avenue, Suite 2200
Seattle, Washington  98101
Phone: (206) 436-0900
E-mail: phil@mannlawgroup.com

Matthew F. Schwartz  * *Pro Hac Vice*
Brian S. Levenson  * *Pro Hac Vice*
SCHWARTZ, PONTERIO & LEVENSON, PLLC
134 West 29th Street - Suite 1001
New York, New York 10001
Phone: (212) 714-1200
E-mail: mschwartz@splaw.us
E-mail: blevenson@splaw.us

Oren S. Giskan * *Pro Hac Vice*
GISKAN SOLOTAROFF & ANDERSON LLP
90 Broad Street, 10th Floor
New York, New York 10004
Phone: (212) 847-8315
E-mail: ogiskan@gslawny.com

Attorneys for Plaintiffs

<u>*s/ Ambika K. Doran*</u>
Ambika K Doran, WSBA No. 38237
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue – Suite 3300
Seattle, Washington 98104-1610
Telephone: 206-757-8030
Email: ambikadoran@dwt.com

Simon J. Frankel * *Pro Hac Vice*
Emily R. Fox * *Pro Hac Vice*
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: 415-591-7082
Email: efox@cov.com
Email: sfrankel@cov.com

Attorneys for Defendant
Microsoft Corporation

*///*

*///*

*///*

STIPULATED MOTION AND ORDER
Case No. 20-cv-00651-BJR

**MANN LAW GROUP PLLC**
1420 Fifth Avenue – Suite 2200
Seattle, WA  98101
Telephone: (206) 436-0900

# ORDER

Pursuant to the parties' stipulation, it is so ordered that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated this 4th day of March, 2021.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:
*s/ Philip P. Mann*, Attorney for Plaintiffs
*s/ Ambika K. Doran*, Attorney for Defendant

STIPULATED MOTION AND ORDER
Case No. 20-cv-00651-BJR                    3

**MANN LAW GROUP PLLC**
1420 Fifth Avenue – Suite 2200
Seattle, WA 98101
Telephone: (206) 436-0900